| STONE V. QUAY COUNTY SHERIFF'S OFFICE |
|---|

This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**DUSTY STONE,**
**Plaintiff-Appellant,**
**v.**
**QUAY COUNTY SHERIFF'S OFFICE, QUAY COUNTY SHERIFF RUSSELL SHAFER,**
**and QUAY COUNTY SHERIFF'S DEPUTY DENNIS SMART,**
**Defendants-Appellees.**

Docket No. A-1-CA-37731
COURT OF APPEALS OF NEW MEXICO
May 21, 2019

APPEAL FROM THE DISTRICT COURT OF QUAY COUNTY, Albert J. Mitchell, Jr., District Judge

**COUNSEL**

Dusty J. Stone, San Jon, NM Pro Se Appellant

Law Office of Jonlyn M. Martinez, LLC, Jonlyn Martinez, Albuquerque, NM For Appellees.

**JUDGES**

J. MILES HANISEE, Judge. WE CONCUR: JULIE J. VARGAS, Judge, KRISTINA BOGARDUS, Judge

**AUTHOR:** J. MILES HANISEE

**MEMORANDUM OPINION**

**HANISEE, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED**

**{2}** **IT IS SO ORDERED.**

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**JULIE J. VARGAS, Judge**

**KRISTINA BOGARDUS, Judge**